# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-541-RJC-DCK

| | |
|---|---|
| YVETTE C. BROWN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| SEARS, ROEBUCK AND COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) filed by Paul S. Holscher, concerning David A. Hughes on May 22, 2015. Mr. David A. Hughes seeks to appear as counsel *pro hac vice* for Defendant Sears, Roebuck and Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6) is **GRANTED.** Mr. David A. Hughes is hereby admitted *pro hac vice* to represent Defendant Sears, Roebuck and Company.

Signed: May 26, 2015

ERED.

David C. Keesler
United States Magistrate Judge