**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:14-CV-541-RJC-DCK**

| | | |
|---|---|---|
| **YVETTE C. BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **SEARS, ROEBUCK AND COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by Paul S. Holscher, concerning Alison E. Loy on May 22, 2015.  Mr. Alison E. Loy seeks to appear as counsel *pro hac vice* for Defendant Sears, Roebuck and Company.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.**  Mr. Alison E. Loy is hereby admitted *pro hac vice* to represent Defendant Sears, Roebuck and Company.

**SO ORDERED.**

Signed: May 26, 2015

David C. Keesler
United States Magistrate Judge