IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-541-RJC-DCK

| | |
|---|---|
| YVETTE BROWN, | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| SEARS, ROEBUCK AND COMPANY, | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Kenneth P. Carlson, Jr., filed a "Certification Of ADR Session" (Document No. 17) notifying the Court that the parties reached a settlement on February 17, 2016. The Court commends the parties and Mr. Carlson for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **March 22, 2016**.

**SO ORDERED**.

Signed: February 22, 2016

David C. Keesler
United States Magistrate Judge